476 A.2d 103

Commonwealth v. Hunter, Appellant.

Submitted March 23, 1984. Richard E. McCormick, Jr., Assistant Public Defender, for appellant; Margaret E. Picking, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.